# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES – JURY TRIAL – DAY 3

Case No.: 7:13cr13                                    Date: 11/1/13

**Defendant:** William A. White, custody            **Counsel:** Paul Beers, cja

PRESENT:
- JUDGE: James C. Turk    TIME IN COURT: 4 hours and 46 minutes
- Deputy Clerk: Lynn Dozier
- Court Reporter: Judy Webb
- U. S. Attorney: Laura Rottenborn, C. Patrick Hogeboom, III
- USPO: Michael Price
- Case Agent: David Church, FBI
- Interpreter: -

### LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. David Church | 1. Richard Sellers, Chief Deputy, USM |
|  | 2. William A. White |

PROCEEDINGS:

Outside presence of jury, defendant request that portions of transcript of defendant's prior bond hearing not be admitted. Arguments. Court will not make ruling at this time. Cross examination of witness Church begun. Government rests. Defendant's motion for judgment of acquittal. Judge overrules motion for judgment of acquittal Defendant presents evidence. Additional Trial Stipulation [149] read to jury by defense attorney. Evidence concluded. Closing arguments at 2:07 P.M. Objections to charge noted by defendant. Jury retires to deliberate at 3:56 PM. Jury renewed motion for judgment of acquittal. Court overrules objections to charge by defendant. Jury in with question at 5:35 PM. Jury out at 5:37 to continue deliberations.
Jury returns with verdict of guilty as to Count 1; guilty of lesser included offense as to Count 2; guilty as to Count 3; guilty as to Count 4.. Jury polled. Court gives counsel 15 days to file post trial motions. Defendant remanded to custody. Sentencing to be set.

Time in court: 9:15 - 11:02 AM; 11:20AM - 12:18 PM; 2:05 - 4:00 PM; 5:35 - 5:37 PM; 7:18 PM - 7:22 PM