AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
October 10, 2024
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

|  |  |
|---|---|
| United States of America<br>v.<br>William A. White | )<br>)<br>)<br>)<br>) Case No: 7:13-cr-00013<br>) USM No: 13888-084<br>) |
| Date of Original Judgment: 05/06/2014<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Erin Trodden<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* The court notes that the defendant's criminal history score is impacted by Amendment 821, going from 8 points to 6. It is noted only to the extent it may impact his custody status within the Bureau of Prisons.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/10/2024

*/s/ Elizabeth K. Dillon*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Elizabeth K. Dillon, Chief United States District Judge
*Printed name and title*